UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.-11-60370-CIV-DIMITROULEAS

RICHAUNDA CURRY,

    Plaintiff,

vs.

CARIBBEAN CRUISE LINE, INC., a Florida corporation,

    Defendant.
_____/

## ORDER GRANTING IN PART MOTION; CONSOLIDATING CASES

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Plaintiff's Amended Complaint [DE-3], filed herein on February 24, 2011, whereby Defendant requests that the Court either dismiss the instant as duplicative or, alternatively, consolidate the instant action with Case No. 11-60055-CIV-WPD.  The Court has carefully considered the Motion, Plaintiff's Response [DE-7] wherein she indicates that she has no objection to consolidation, Defendant's Reply [DE-11], and is otherwise fully advised in the premises

Accordingly, having found that consolidation of the two cases is appropriate and there is no objection to consolidation from Plaintiff, it is **ORDERED AND ADJUDGED** as follows:

    1.    Defendant's Motion to Dismiss Plaintiff's Amended Complaint [DE-3] is hereby **GRANTED in part**;

    2.    Case No. 11-CIV-60370-WPD and Case No. 11-60055-CIV-WPD are hereby consolidated for all future purposes;

    3.    All pleadings and papers shall be filed in Case No. 11-60055-CIV-WPD and shall henceforth bear the caption for Case No. 11-60055-CIV-WPD;

4. Case No. 11-60370-CIV-WPD is hereby **CLOSED** and any pending motions are **DENIED AS MOOT**. Any documents filed in Case No. 11-60370-CIV-WPD in the future shall be **automatically stricken**;

5. The Clerk shall place a copy of this Order in Case No. 11-60370-CIV-WPD and Case No. 11-60055-CIV-WPD, thereby indicating that the cases have been consolidated.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of April, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record